## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**EDMOND J. RESTIVO, JR.**                                      **CIVIL ACTION**

**VERSUS**                                                             **NO. 06-0032**

**HANGER PROSTHETICS & ORTHOTICS, INC.**          **SECTION "K" (2)**

## ORDER

A hearing was held on this date to discuss plaintiff's Motion to Remand (Rec. Doc. No.

2).  For the reasons stated orally on the Record, plaintiff's Motion to Remand is hereby **DENIED**.

Signed this <u>2nd</u> day of <u>March</u>, 2006 in <u>New Orleans</u>, Louisiana.

_____
            **STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**