UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDMUND J. RESTIVO, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-32** |
| **HANGER PROSTHETICS & ORTHOTICS, INC.** | **SECTION: "K"(2)** |

## ORDER AND REASONS

Before the Court is the Motion to Dismiss (Rec.Doc.No. 53) and the Motion for Court to Take Judicial Notice of Parallel Proceeding Pending in the Middle District of Georgia (Rec.Doc.No. 61). After reviewing the pleadings, memoranda, and relevant law, the Court hereby denies the motions.

Defendant Hanger alleges that Mr. Restivo went to Georgia to work in the Limbcare office, and he used Hanger patient forms and hanger prosthetic parts. Defendant also alleges that Mr. Restivo went to Limbcare's Georgia office and saw Hanger patients, charging Medicare/Medicaid for the services, and using hanger componentry. Plaintiff files the instant motions seeking dismissal of these factual allegations as irrelevant to the proceeding before the Court.

The Court finds that these allegations are relevant to the breach of fiduciary duty or loyalty claim, unfair trade practices claims, the breach of confidentiality claim, and the trade secrets claims, as there are no geographical restrictions with respect to these causes of action. However, the Court also finds that Mr. Restivo's conduct that is alleged to have taken place in Georgia is irrelevant to the claims for breach of the non-compete and non-solicitation provisions

of the Employment Agreement. Accordingly,

**IT IS ORDERED** that Defendant's Motions (Rec.Doc.Nos. 53 & 61) are hereby **DENIED**.

New Orleans, Louisiana, on this  11th day of April, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE